Monica S. Call (#11361)
monica.call@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone: (801) 328-3131
Facsimile:  (801) 578-6999

Daren S. Garcia (*pro hac vice application forthcoming*)
dsgarcia@vorys.com
Rodney A. Holaday (*pro hac vice application forthcoming*)
raholaday@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone: (614) 464-8356
Facsimile:  (614) 719-5112

Attorneys for Skullcandy, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ZACHARY ZELTZER, an individual, LAUREN ZELTZER, an individual, ZMZ GLOBAL INC., a New Jersey corporation, DIALECTIC DISTRIBUTION LLC, a New Jersey limited liability company, and JOHN DOES 1-100,<br><br>            Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No:  2:18-cv-00929 PMW<br><br>The Honorable Paul M. Warner |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Skullcandy, Inc. ("Skullcandy"), hereby submits this notice of voluntary dismissal without prejudice, dismissing Zachary Zeltzer, Lauren Zeltzer, ZMZ Global Inc., and Dialectic Distribution LLC (the "Defendants") in the above-captioned action.  The Defendants have not filed an answer or a motion for summary judgment.  Therefore, Skullcandy may dismiss its claims against the Defendants in this action without stipulation or order of the Court.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 17, 2019

                                              STOEL RIVES, LLP

                                              By: */s/ Monica S. Call*
                                                   Monica S. Call

                                              Attorneys for Skullcandy, Inc.